ANNA B. PARSONS and Another, Appellants, v. LOUISE M. PATTEN and Another, as Executors, etc., of WILLIAM H. PATTEN, Deceased; and LOUISE M. PATTEN Individually, Respondents.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. CHARLES PICKERELL, Respondent, v. A. C. SCHUMACHER and Another, Appellants.— Awards unanimously affirmed, with costs to the State Industrial Board, on the authority of Armstrong v. American Red Cross (24 State Dept. Rep. 143; affd., 202 App. Div. 766).

Before STATE INDUSTRIAL BOARD, Respondent. MALVINA PIELA, Respondent, v. F. J. BURKE ESTATE and Another, Appellants.— Award as to the disability claim reversed, and matter remitted to the State Industrial Board on the ground of error in excluding evidence that notice of injury had not been given. All concur. Award as to the death claim unanimously affirmed on the ground that the question of lack of notice of death was waived by the appellants in their motion for dismissal made at the close of the evidence.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EARL SNYDER, Appellant.— Judgment of conviction unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BERNHEIMER, Appellant.— Judgment of conviction unanimously affirmed.

RAQUETTE FALLS LAND COMPANY, Respondent, v. THE STATE OF NEW YORK, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements, on the ground that the order is discretionary, and the record does not disclose any abuse of discretion or prejudice to the State.

Before State Industrial Board, Respondent. MABEL K. STONE, Appellant, v. B. J. COTTON and Another, Respondents.— Decision unanimously affirmed, without costs.

THE SILVER BAY ASSOCIATION FOR CHRISTIAN CONFERENCES AND TRAINING, Respondent, v. IDA F. LANDON, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

G. A. SODEN & Co., Appellant, v. ELBERT N. VAN BUREN, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the opinion in Bernadette, Joseph & Co. v. Van Buren (212 App. Div. 702), decided herewith. All concur.

MARY SHORSLIVE, Respondent, v. AZENA MARIE ARBOOZIS, Appellant. MARGUERITE SHORSLIVE, Respondent, v. AZENA MARIE ARBOOZIS, Appellant.— Judgments and orders unanimously affirmed, with costs in one action.

BENJAMIN VALENTINE, Respondent, v. RAFFAELE GIONNELLI, Appellant.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. WILLIAM VAN TINE, Respondent, v. 42 EAST 11TH ST. HOTEL CORP. and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. V. WELLINGTON, Respondent, v. A. I. NAMM & SON and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.